UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| A MATTER UNDER INVESTIGATION ) | No. 3:07-MC-135 |
| BY GRAND JURY NUMBER 1 ) | |
| (#2007R00845) ) | **FILED UNDER SEAL** |

## ORDER TO SHOW CAUSE

This matter is before the court on a Petition for a Rule to Show Cause filed by the Receiver, through his counsel, on November 30, 2010 (Entry 416) and served upon Mr. Curtis Smith and Mr. Fred Marshall, representatives of Free Gospel Church of our Lord and Savior Jesus Christ ("Free Gospel"). In this Petition, the Receiver submitted clear evidence that over $400,000.00 in funds originating from various accounts containing money acquired through the 3HB's fraudulent investment scheme was used to purchase a building located at 139 Fore Avenue, Columbia, SC ("Building") and its contents. The Receiver further submitted that over $40,000.00 in funds originating from an account funded by the 3HB was used to purchase a 2001 Ford Thomas Shuttle Bus, VIN 1FDXE45S11HA87262 ("Bus") for the use and benefit of Free Gospel.

THEREFORE, pursuant to the Receiver's petition for a rule to show cause and for good cause shown, it is ORDERED that on or before December 31, 2010, Mr. Curtis Smith, on behalf of Free Gospel, shall provide this court all written documentation or evidence as to why Free Gospel should not be required to transfer possession of the Building and its contents to the Receiver's control, as well as return the Bus to the Receiver.

**MR. CURTIS SMITH IS CAUTIONED THAT FAILURE TO COMPLY WITH THE**

**WITHIN ORDER COULD SUBJECT HIM TO PENALTIES FOR CONTEMPT.**

The Receiver is directed to serve the within order on Mr. Curtis Smith, and to file proof of service with the court.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
United States District Court

Columbia, South Carolina

December 2, 2010.