**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| A MATTER UNDER INVESTIGATION ) | No. 3:07-MC-135 |
| BY GRAND JURY NUMBER 1 ) | |
| (#2007R00845) ) | **FILED UNDER SEAL** |

## ORDER TO SHOW CAUSE

This matter is before the court on a Petition for Order to Show Cause filed by the Receiver, through his counsel, on October 6, 2010 (Entry 385) and served upon Mr. Tomas Al. In this Petition, the Receiver submits that over $400,000.00 was paid towards an American Express credit card in the name of John Pough Jr. (ending #71001) with funds that originated from various accounts funded by the monies acquired through the 3HB's fraudulent investment scheme. The American Express account had multiple cardholders. Statements produced by American Express outlined the purchases of each card holder and shows that on April 4, 2007, Timothy McQueen used the card he was authorized to use (ending #71035) to purchase furniture from Value City Furniture in the amount of $3,307.00. A receipt produced by Value City Furniture shows a delivery address for the furniture of 133 Windridge Drive, Columbia, South Carolina, 29223, and that the intended recipient was Mr. Tomas Al.

The Petition was filed and served upon Mr. Tomas Al at the aforementioned address. The court is informed that on November 9, 2010, Mr. Tomas Al sent to the counsel for the Receiver by way of facsimile a two page letter in response to the Petition. Mr. Tomas Al disputes the Receiver's claims.

Pursuant to the Receiver's petition for a rule to show cause and for good cause shown, it is ORDERED that on or before December 31, 2010, Mr. Tomas Al shall provide this court all written

documentation or evidence as to why should not be required to immediately return the furniture items listed in the aforementioned Petition to the Receiver's control.

**MR. TOMAS AL IS CAUTIONED THAT FAILURE TO COMPLY WITH THE WITHIN ORDER COULD SUBJECT HIM TO PENALTIES FOR CONTEMPT.**

The Receiver is directed to serve the within order on Mr. Tomas Al, and to file proof of service with the court.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
United States District Court

Columbia, South Carolina

December 9, 2010.