IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH B. BRUNSON | ) | 3:07-MC-00135-MBS |
| | ) | |
| | ) | WITHDRAWL OF |
| TIMOTHY MCQUEEN | ) | MOTION TO INTERVENE |
| | ) | FORFEITURE PROCEEDINGS |
| TONY POUGH, | ) | |
|     Defendants | ) | |

    Attorney for the Movants hereby withdraws the Motion to Intervene filed on September 7, 2010 in this matter.
    .

    JOHN MOBLEY, P.A.

    s/John Mobley
    John Mobley, Esquire
    Federal bar # 66470
    925 Calhoun Street
    Columbia, South Carolina 29201
    (803) 933-0010 Telephone
    (803) 931-3044 Facsimile
    Email johnmobley@johnmobley.com